UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9786-GW-AGRx | Date | February 27, 2025 |
|---|---|---|---|
| Title | *Luis Zaragoza v. Mercedes-Benz USA LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew P. Matera | Mehgan Gallagher |

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT [16]**

The Court's Tentative Ruling on Plaintiff's Motion [16] was issued on February 26, 2025 [23]. Oral argument is held. The Tentative Ruling is adopted as the Final Ruling. The Court DENIES the Motion.

: 05

Initials of Preparer   JG